IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03371-AP

ROBERT WOODEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
K. MACHELLE GIELAROWSKI
712 North Tejon Street, Suite 1
Colorado Springs, CO 80903
Telephone: (719) 264-0729
Fax: (719) 328-1382
Email: giellaw@comcast.net

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
Email: j.b.garcia@usdoj.gov

SARA PAPPAS BELLAMY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Telephone: (303) 844-0014
Fax: (303) 844-0770
Email: sara.bellamy@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** December 29, 2012

    **B.    Date Complaint Was Served on U.S. Attorney's Office:** January 7, 2013

    **C.    Date Answer and Administrative Record Were Filed:** March 8, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

This case is not on appeal from a decision issued on remand from this Court.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.    Plaintiff's Opening Brief Due:** June 7, 2013

    **B.    Defendant's Response Brief Due:** July 8, 2013

    **C.    Plaintiff's Reply Brief (If Any) Due:** July 24, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B. **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice*.

    A. **( x )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B. **(   )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>25th</u> day of <u>March</u>, 2013.

                        BY THE COURT:

                        *S/John L. Kane*
                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/                                        
K. MACHELLE GIELAROWSKI
712 North Tejon Street, Suite 1
Colorado Springs, CO 80903
Telephone:  (719) 264-0729
Email:  giellaw@comcast.net

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
Email: j.b.garcia@usdoj.gov

BY: s/Sara Pappas Bellamy         
SARA PAPPAS BELLAMY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO  80202
Telephone: (303) 844-0014
Email: sara.bellamy@ssa.gov

Attorneys for Defendant