IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-3371-AP**

**ROBERT WOODEN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Plaintiff's Motion to Dismiss With Prejudice (doc. #12), filed June 17, 2013, is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  June 17, 2013

                              BY THE COURT:

                              ***S/John L. Kane***
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT